IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRIMAINE G MONDAY,                              *

        Petitioner,                         *

v.                                                          Case No.  5:25-cv-00160-MTT-AGH

                                                       *

OCMULGEE JUDICIAL CIRCUIT COURT OF
MORGAN COUNTY,                                 *

        Respondent.                        *

_____

## J U D G M E N T

    Pursuant to this Court's Order dated 4/30/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 30th day of April, 2026.

                    David W. Bunt, Clerk

                    s/ Erin Pettigrew, Deputy Clerk